**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Civil Action No.: 16-CV-00156-KK-SCY

BRANDON K. ELI,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION;
NATIONSTAR MORTGAGE INC.,

      Defendants.

---

## ENTRY OF APPEARANCE

---

Jamie G. Siler and James P. Eckels of Murr Siler & Accomazzo, P.C., 410 Seventeenth Street, Suite 2400, Denver, CO 80202; 303-534-2277, hereby enter their appearance in this action as counsel for U.S. Bank National Association, and request that all notices and pleadings in this matter be served upon undersigned counsel.

Dated this 20th day of April, 2016.

Respectfully,

MURR SILER & ACCOMAZZO, P.C.

*s/ James P. Eckels*
Jamie G. Siler
James P. Eckels
410 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 534-2277
Facsimile: (303) 534-1313
*Email: jsiler@msa.legal; jeckels@msa.legal*

*ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2016, I served a copy of the foregoing document to the following by:

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☐ Electronic Mail

Brandon K Eli
P.O. Box 35037
Albuquerque, NM 87176

By: _/s/ Mark S. Adams_____
Mark S. Adams, paralegal