**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

Civil Action No.: 16-CV-00156-KK-SCY

BRANDON K. ELI,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE INC.,

    Defendants.

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1**

Defendant Nationstar Mortgage LLC (incorrectly named in the complaint as Nationstar Mortgage Inc.) ("Nationstar"), by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement under Fed.R.Civ.P. 7.1, as follows:

Nationstar Mortgage LLC is an indirect, wholly-owned subsidiary of a publicly-traded company, Nationstar Mortgage Holdings Inc. ("NSM Holdings"), a Delaware corporation.

Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by NSM Holdings.

The stock of NSM Holdings is owned approximately 64% by FIF HE Holdings LLC, a Delaware limited liability company, and approximately 36% by public stockholders.

Dated this 9th day of May, 2016.

Respectfully,

MURR SILER & ACCOMAZZO, P.C.

 s/ James P. Eckels
Jamie G. Siler
James P. Eckels
410 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 534-2277
Facsimile: (303) 534-1313
*Email: jsiler@msa.legal; jeckels@msa.legal*

Joshua A. Spencer
Murr Siler & Accomazzo, P.C.
500 Marquette Ave NW, Suite 1200
Albuquerque, NM 87102
TEL: (505) 881-4048
FAX: (303) 534-1313
Email: *jspencer@msa.legal*

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION AND NATIONSTAR MORTGAGE LLC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2016, I served a copy of the foregoing document to the following by:

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☐ Electronic Mail

Brandon K Eli
P.O. Box 35037
Albuquerque, NM 87176

By: */s/ Mark S. Adams*
Mark S. Adams, paralegal

2