# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Civil Action No.: 16-CV-00156-KK-SCY

BRANDON K. ELI,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE INC.,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

    Defendant U.S. Bank National Association ("U.S. Bank"), by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement under Fed.R.Civ.P. 7.1, as follows:

    (a) U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, Inc.; and

    (b) No publicly-held corporation owns 10% or more of U.S. Bancorp, Inc.'s stock.

Dated this 9th day of May, 2016.

           Respectfully,

           MURR SILER & ACCOMAZZO, P.C.

           *s/ James P. Eckels*
           Jamie G. Siler
           James P. Eckels
           410 Seventeenth Street, Suite 2400
           Denver, Colorado 80202
           Telephone: (303) 534-2277
           Facsimile: (303) 534-1313
           *Email: jsiler@msa.legal; jeckels@msa.legal*

           Joshua A. Spencer
           Murr Siler & Accomazzo, P.C.
           500 Marquette Ave NW, Suite 1200
           Albuquerque, NM 87102
           TEL: (505) 881-4048
           FAX: (303) 534-1313
           Email: *jspencer@msa.legal*

           ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION AND NATIONSTAR MORTGAGE LLC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2016, I served a copy of the foregoing document to the following by:

  ☒ U.S. Mail, postage prepaid
  ☐ Hand Delivery
  ☐ Fax
  ☐ Electronic Mail

Brandon K Eli
P.O. Box 35037
Albuquerque, NM 87176

           By: */s/ Mark S. Adams*
             Mark S. Adams, paralegal