# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Civil Action No.: 16-CV-00156-KK-SCY

BRANDON K. ELI,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE INC.,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING ON DEFENDANTS' MOTION TO DISMISS (DOC. NO. 7)

Pursuant to LR-CIV 7.4(e), Defendants U.S. Bank National Association ("U.S. Bank") and Nationstar Mortgage LLC (incorrectly named as defendant "Nationstar Mortgage Inc.") ("Nationstar") (together, the "Lender Parties"), by their undersigned counsel, respectfully notify the Court that briefing on the Lender Parties' Motion to Dismiss Complaint with Prejudice ("Motion") (Doc. No. 7), filed on May 9, 2016, is complete and the Motion is ready for decision. Plaintiffs' Response and Memorandum in Opposition were filed on May 16, 2016 (Doc. Nos. 11 and 12, respectively) and the Lender Parties' Reply was filed on June 1, 2016 (Doc. No. 13).

Dated:  June 3, 2016.

        Respectfully,

        MURR SILER & ACCOMAZZO, P.C.

        *s/ James P. Eckels*
        Jamie G. Siler
        James P. Eckels
        410 Seventeenth Street, Suite 2400
        Denver, Colorado  80202
        Telephone:  (303) 534-2277
        Facsimile:   (303) 534-1313
        *Email:  jsiler@msa.legal; jeckels@msa.legal*

        Joshua A. Spencer
        Murr Siler & Accomazzo, P.C.
        500 Marquette Ave NW, Suite 1200
        Albuquerque, NM  87102
        TEL:   (505) 881-4048
        FAX:   (303) 534-1313
        Email:  *jspencer@msa.legal*

*ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION AND NATIONSTAR MORTGAGE LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I served a copy of the foregoing document to the following by:

- ☒ U.S. Mail, postage prepaid
- ☐ Hand Delivery
- ☐ Fax
- ☐ Electronic Mail

Brandon K Eli
P.O. Box 35037
Albuquerque, NM 87176

By: */s/ Mark S. Adams*
      Mark S. Adams, paralegal